Page 1 of 1
(3-81) CCMC-1-220

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

# SEARCH WARRANT

On this day P.O. Sergio Martinez #19512, Chicago Police Department, assigned to unit 189 (Narcotics) Area 2 Anti-violence Task Force and J. Doe, Complainants has subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

### I therefore command that you search:

"Mike" M/Blk/25-30 yrs of age, approximately 6'00" Height, 230lbs, medium complexion.

### and the premises:

The entire 1st floor apartment of a multi-unit building located at 1021 W. 61st st, Chicago, Illinois, Cook County

### and seize the following instruments, articles and things:

Crack (Cocaine) a controlled substance, any other controlled substances, any documents showing residency, any paraphernalia used in the weighing, cutting, or mixing of illegal drugs, any money, any records detailing illegal drug transactions.

### which have been used in the commission of, or which constitute evidence of the offense of:

Unlawful Possession of a Controlled Substance 720 ILCS 570/402

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge G. CHEVERE    or before any court of competent jurisdiction.

JUDGE  1930    Judge's No.

Date and time of issuance: 3-2-11 @ 12:30 pm