Distributed By
AMERICAN LEGAL FORMS
CHICAGO, IL (312) 332-1922

NO. 104

© SANFORD KAHN
Copyright 1981
180 N. LaSalle
All Rights Reserved
Revised January 2011

# CHICAGO APARTMENT LEASE
## Unfurnished

Tenant Ordinance Summary Attached

| DATE OF LEASE | TERM OF LEASE BEGINNING | ENDING | MONTHLY RENT | SECURITY DEPOSIT |
|---|---|---|---|---|
| 1 FEB. 2011 | 1 FEB. 2011 | 1 FEB 2012 | 800.00 | 850.00 |

**LESSEE**
NAME: Estella Walker
APT. NO. 1
ADDRESS OF PREMISES: 1021 West 61st
CITY: Chicago, IL 60621

**LESSOR**
IDENTIFICATION OF OWNER AND AGENTS
Owner or Authorized Management Agent:
NAME: Cornelius Burns
ADDRESS: P.O. Box 21004
CITY/STATE/ZIP: Chicago IL 60621
TELEPHONE NUMBER:

### NOTICE OF CONDITIONS AFFECTING HABITABILITY

I hereby acknowledge that Lessor has disclosed any code violations, code enforcement litigation and / or compliance board proceedings during the previous 12 months for the apartment and common area and any notice of intent to terminate utility service, copies of which, if any, are attached to this Lease.

Person Authorized to Act on Behalf of Owner for Purpose of Service of Process and Receipting for Notices:
NAME: SAME AS ABOVE
ADDRESS:
CITY/STATE/ZIP:
TELEPHONE NUMBER:

**ADDITIONAL COVENANTS AND AGREEMENTS (if any).**
In event of snow lessee is responsible for clearing front and rear exit of premises. CB

If a security deposit has been received by the lessor, it has or will be deposited in the following federally insured financial institution located in Illinois:
NAME OF FINANCIAL INSTITUTION: USECU
STREET ADDRESS: 230 South Dearborn St.
CITY: Chicago
STATE: ILLINOIS
ZIP: 60604

In consideration of the mutual agreements and covenants herein stated, Lessor hereby leases to Lessee, and Lessee hereby leases from Lessor, for a private dwelling, the Apartment designated above, together with the fixtures and appliances belonging thereto, for the above Term.

LESSEE: Estellese Walker (SEAL)
LESSOR: Cornel Burns 2/5/2011 (SEAL)
(SEAL)    (SEAL)

## LEASE COVENANTS AND AGREEMENTS

**1. RENT:** Lessee shall pay to the Lessor or Lessor's agent the monthly rent set forth above on or before the first day of each and every month in advance at Lessor's address stated above or such other address as Lessor may designate in writing. The time of each and every payment of rent is of the essence of the Lease.

**2. LATE CHARGES:** The monthly rent shall be increased $10.00 per month for the first $500.00 in monthly rent plus five (5%) percent per month for any amount in excess of $500.00 in monthly rent if paid after the fifth of the month. Rent shall be considered received, if mailed, on the date of receipt.

**3. SECURITY DEPOSIT:** If lessee has deposited with Lessor a security deposit as set forth above; it shall be retained by Lessor to ensure that Lessee shall fully perform each and every term and obligation provided in this Lease. If Lessee fully performs each and every term and obligation provided in this lease and pays all sums due to Lessor, then Lessor, after the Lessee has surrendered possession of the premises and has delivered the keys thereto, shall refund said deposit to Lessee, including interest payable at the rate in effect in the year the lease was entered and as provided by law. If Lessee has failed to perform or comply with any of the provisions in this Lease, then Lessor shall d

or his agents may replace the premises in the same condition of repair, sightlines and cleanliness as existed at the date of execution of this Lease; Lessee agrees to pay Lessor for all expenses incurred by Lessor in replacing the premises in that condition. Lessee shall not cause or permit any waste, misuse or neglect to occur to the water, gas, utilities, or any other portion of the premises.

**8. USE OF PREMISES:** The premises shall be occupied solely for residential purposes by Lessee and those persons listed in the Application for the Lease. Neither Lessee nor any other persons residing with or visiting Lessee shall have been convicted of a crime relating to illegal sexual conduct nor shall Lessee perform, or permit any act or practice that may damage the reputation of the building or be injurious to the building or the operation thereof, or be disturbing to other tenants, be illegal, immoral, or increase the rate of insurance on the building. Neither Lessee nor any occupant nor any guest of Lessee shall engage in any criminal activity including drug related activity on or near the premises nor shall they engage in any acts of violence or threats of violence or interfere with the health safety or rights of other residents, employees or agents of Lessor, or persons in the immediate vicinity of the premises. Lessee shall be responsible for the conduct o