Fax From StreemCenter
To: 3127456995
04/13/12 11:07 AM        Page 8 of 15        From: (None)        Page 8 of 15

Mar 02 11 10:04a    Sergio Martinez                                    ☒008
                                                                        p.2

(3-81) CCMC-1-220

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

### SEARCH WARRANT

On this day P.O. Sergio Martinez #19512, Chicago Police Department, assigned to unit 189 (Narcotics) Area 2 Anti-violence Task Force and J. Doe, Complainants has subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

### I therefore command that you search:

"Mike" M/B lk/25-30 yrs of age, approximately 6'00" Height, 230lbs, medium complexion.

### and the premises:

The entire 1st floor apartment of a multi-unit building located at 1021 W. 61st st, Chicago, Illinois, Cook County

### and seize the following instruments, articles and things:

Crack (Cocaine) a controlled substance, any other controlled substances, any documents showing residency, any paraphernalia used in the weighing, cutting, or mixing of illegal drugs, any money, any records detailing illegal drug transactions.

### which have been used in the commission of, or which constitute evidence of the offense of:

Unlawful Possession of a Controlled Substance 720 ILCS 570/402

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge  G-CHEVERE    or before any court of competent jurisdiction.

_____ 1990
JUDGE              Judge's No.

Date and time of issuance: 3-2-11 @ 12:30 pm

WALKER 12 C 1422
City 00004

Mar 02 11 10:04a    Sergio Martinez                                             p.3

Поуе 1 оf 2

| COURT BRANCH | COURT DATE |
|---|---|

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

STATE OF ILLINOIS                                    (3-81) CCMC-1-219
COUNTY OF COOK                        THE CIRCUIT COURT OF COOK COUNTY

## COMPLAINT FOR SEARCH WARRANT

I, P.O. S. Martinez #19512, Chicago Police Department, assigned to unit 189 (Narcotics) Area 2 Anti-violence Task Force and J. Doe, Complainants now appears before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search:

"Mike" M/Blk/25-30 yrs of age, approximately 6'00" Height, 230lbs, medium complexion.

### and the premises:

The entire 1st floor apartment of a multi-unit building located at 1021 W. 61st st, Chicago, Illinois, Cook County

### and seize the following instruments, articles and things:

Crack (Cocaine) a controlled substance, any other controlled substances, any documents showing residency, any paraphernalia used in the weighing, cutting, or mixing of illegal drugs, any money, any records detailing illegal drug transactions.

### which have been used in the commission of, or which constitute evidence of the offense of:

Unlawful Possession of a Controlled Substance 720 ILCS 570/402

Complainant says that he has probable cause to believe, based upon the following facts, that the above listed things to be seized are now located upon the person and premises set forth above:

I, Officer Sergio Martinez #19512, assigned to unit 189 (Narcotics) Area 2 Anti-violence Task Force, Team B6, have been a Chicago police officer for the past eight years. During the past eight years I have made numerous narcotics and weapons related arrests.

On 01Mar11, I had an opportunity to speak with an individual that I will refer to as J. Doe. J. Doe provided me with information concerning an individual who J. Doe knows by the name of "Mike" J. Doe has known "Mike" for a couple of months and during that time has bought Crack (Cocaine) from "Mike" numerous times. J. Doe related to R/O that "Mike" sells Crack (Cocaine) from his 1st floor apartment located at 1021 W. 61st st, Chicago Illinois, Cook County. J. Doe stated that within the last 48 hrs J. Doe entered through the front door of the multi-unit building and met with "Mike" on the

J. Doe                                    X _____ #19512
                                              COMPLAINANT
Subscribed and sworn to before me on  3-2-11 @ 12:30 pm

                                              JUDGE           Judge's No.

WALKER 12 C 1422
City 00005