| | |
|---|---|
| **From:** | Moran Law Group <m.layman@moranlawgroup.com> |
| **To:** | <raoul.mowatt@cityofchicago.org> |
| **Cc:** | |
| **Subject:** | Walker v. City of Chicago - 12 CV 1422 |
| **Date:** | 1/15/2013 |
| **Time:** | 11:51 AM |

**Attachments:** None

Dear Mr. Mowatt,

Pursuant to our conversation of earlier today, I am confirming last weeks conversation that the City is refusing to answer Plaintiff's interrogatories directed to the identity of the alleged "John Doe" informant. As I stated, we will file our motion to compel.

Thanks,

Matt Layman


-- The Moran Law Group 309 West Washington Suite 900 Chicago, Illinois 60606 (312)630-0200 (312)630-0203 (FAX) This email(including attachments) is covered by the ECPAct, 18 USC Sections 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. This electronic transmission (and any enclosures or attachments thereto) is for the sole use of those identified by the author and is the property of the author. It is confidential and may be protected by the att orney/client privilege. Any further distribution or copying of this message is strictly prohibited by law. If you received this transmission in error, please notify the author and/or the MORAN LAW GROUP at (312) 630-0200 and destroy the message (and all attachments and enclosures thereto) immediately.