## SEARCH WARRANT DATA / Chicago Police Department

| UNIT | WARRANT TYPE | WARRANT NO. |
|---|---|---|
| 189 NARCOTIC SECTION | CITY SEARCH WARRANT | 11SW4891 |
| **DECONFLICTION NO** | **OPERATION NAME** | **ISSUED DATE** |
| 94389 | A/2/ANTI VIOLENCE TASK FORCE | 02-MAR-2011 12:30 |

**PART I - TO BE COMPLETED PRIOR TO SEARCH WARRANT EXECUTION**

| JURISDICTION | NAME OF ATTORNEY (LAST, FIRST) | NAME OF JUDGE (LAST, FIRST) | EMP NO. |
|---|---|---|---|
| CITY | MURPHY, JAMES | CHEVERE, G. | 1930 |

**OBJECT OF WARRANT**
CRACK COCAINE

**PERSONNEL ASSIGNMENTS**

| NAME (LAST-FIRST-MI) | AGENCY NAME | STAR NO. | EMP NO. | ASSIGNMENT |
|---|---|---|---|---|
| MARTINEZ,,SERGIO | CPD | 19512 | 91025 | AFFIANT |
| GUZMAN,E,DAVID | CPD | 12877 | 42785 | BREECH |
| MURPHY,T,WILLIAM | CPD | 6066 | 38691 | BREECH |
| O TOOLE,J,DANIEL | CPD | 15346 | 9733 | ENTRY |
| GUTKOWSKI,W,MARK | CPD | 16228 | 95110 | ENTRY |
| MC KENNA,M,SCOTT | CPD | 3942 | 9722 | ENTRY |
| MATTHEWS,A,TAMARA | CPD | 4640 | 45165 | ENTRY |
| SCHUMPP,J,TIMOTHY | CPD | 9207 | 18967 | ENTRY |
| STEC,J,LAWRENCE | CPD | 1980 | 16682 | SEARCH TEAM SUPERVISOR |
| STEC,J,LAWRENCE | CPD | 1980 | 16682 | SUPERVISING SERGEANT OR AE |

**EQUIPMENT EXCEPTION**

ITEMS FOR CONSIDERATION

CPD-41.703 (Rev.12/03)   Page 1 of 3   Printed by: PC0E710   11-JUN-2012 11:34

WALKER 12 C 1422
City 00001

1. Residency Check
2. Number of occupants anticipated:
   a. adults, children, males, females
   b. procedures if children or females are present
3. identity of occupants likely to be present (physical description, criminal history, etc.)
4. Condition of occupants (asleep, intoxicated, etc.)
5. Type of security on premises (animals, burglar gates, reinfored doors, lookouts, etc.)
6. Type of equipment needed:
   a. miscellaneous items (handcuffs, flashlights, whisles, etc.)
   b. specialized items (sledge hammer, crowbar, camera, binoculars, etc.)
7. Expectation of weapons present
8. Hazards particular to premises
9. Other relevant data
10. Duty Assignments:
    a. positions
    b. use of equipment
    c. order of entry
       Note: Officer's effecting forced entry should NOT be the first to enter the premises
    d. security of arrestees
    e. security of contraband seized
    f. security of Department equipment
    g. disposition of children under the age of 18 who may be neglected as a result of an arrest or otherwise
    h. radio procedures
    i. Notifications
    j. post-search premises security
11. Contingency plan

---

| WARRANT STATUS | UNIT COMMANDING OFFICER'S/WATCH COMMANDER'S SIGNATURE | STAR NO. |
|---|---|---|
| APPROVED-POST EXECUTION | CERVENKA, ROBERT | 275 |

| UNIT | WARRANT TYPE | WARRANT NO. | ISSUED DATE |
|---|---|---|---|
| 189 NARCOTIC SECTION | CITY SEARCH WARRANT | 11SW4891 | 02-MAR-2011 12:30 |

PART II - TO BE COMPLETED FOLLOWING SEARCH WARRANT EXECUTION

| COUNTY | RAID NUMBER | DECONFLICTION NO | OPERATION NAME |
|---|---|---|---|
| COOK | 189-11-N068 | 94389 | A/2/ANTI VIOLENCE TASK FORCE |

| LOCATION DESCRIPTION | SEARCH LOCATION ADDRESS | BEAT OF OCCURRENCE | DISTRICT |
|---|---|---|---|
| RESIDENCE | 1021 W 61ST ST | 712 | 007 |

| SUBJECT'S NAME (LAST-MI_FIRST) | SEX | RACE | DATE OF BIRTH | I.R.No. |
|---|---|---|---|---|

COMMUNICATION OPERATIONS SECTION

| NAME | AGENCY | STAR | EMP NO. | ASSIGNMENT TYPE |
|---|---|---|---|---|
| STEC,J,LAWRENCE | CPD | 1980 | 16682 | NOTIFICATION AFTER ENTRY MADE BY |
| DUNN,P,WILLIAM | CPD | 416 | 55205 | NOTIFICATION AFTER ENTRY MADE BY |
| STEC,J,LAWRENCE | CPD | 1980 | 16682 | OEMC - NOTIFIED PRIOR TO ENTRY BY |
| CALHOUN,S,CORWIN | CPD | 19 | 39096 | WATCH COMMANDER OF THE DISTRICT OF OCCUR |

WARRANT EXECUTED ?   WARRANT EXECUTED DATE
☐ NO  ☒ YES   02-MAR-2011 13:52

ARREST MADE?  NO   PROPERTY RECOVERED?  YES   PREMISES TRAPS?  NO
ATTACK DOGS USED?  NO   APARTMENT BARRICADED?  NO   GUNS FOUND?  NO

CASE INFORMATION TURNED OVER TO DRUG & GANG HOUSE PROSECUTION?   NO
ADDITIONAL INFORMATION (ANY UNUSUAL CHARACTERISTICS)

RECORD THE NAME AND STAR OF THE RECOVERING OFFICER, A DESCRIPTION OF THE ITEM(S) SEIZED AND THE LOCATION OF DISCOVERY FOR EACH DISTINCT SEIZURE

| INVENTORY ID | ITEM ID | PROPERTY TYPE | QUANTITY | DESCRIPTION |
|---|---|---|---|---|
| 12256115 | 4757005 | NARCOTIC / DRUG EQUIPMENT | 1 | ZIPLOC BAG CONTAINING SEVERAL SMA |
| 12256137 | 4757032 | OTHER | 1 | COPY OF SEARCH WARRANT 11SW4891 |
| 12256137 | 4757033 | OTHER | 1 | EVIDENCE RECOVERY LOG |

| WARRANT STATUS | UNIT COMMANDING OFFICER'S/WATCH COMMANDER'S SIGNATURE | STAR NO. | DATE |
|---|---|---|---|
| APPROVED-POST EXECUTION | KILROY JR, WILLIAM | 280 | 02-MAR-11 |

WALKER 12 C 1422
City 00003