UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Estella Walker, et al.
                                   Plaintiff,

v.                                                          Case No.: 1:12−cv−01422
                                                               Honorable Joan H. Lefkow

The City of Chicago, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 8, 2013:

      MINUTE entry before Honorable Mary M. Rowland: Initial status hearing set for 2/21/2013 at 9:00 AM before Magistrate Judge Mary M. Rowland for the purpose of scheduling a settlement conference. Parties are to bring dates when both clients and counsel will be available for a settlement conference, which regularly begin at 1:00 p.m. on Mondays or Thursdays and 9:30 a.m. on Wednesdays. The parties are directed to review and to comply with Judge Rowland's Standing Order Setting Settlement Conference, which is available on Judge Rowland's webpage located on the Court's website at www.ilnd.uscourts.gov. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.