## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Estella Walker, et al.
                                    Plaintiff,

v.                                                  Case No.: 1:12–cv–01422
                                                    Honorable Joan H. Lefkow

The City of Chicago, et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, April 16, 2013:

     MINUTE entry before Honorable Mary M. Rowland: Settlement conference held on 4/16/2013. Parties have reached an agreement. Parties have consented to the Jurisdiction of the Magistrate Judge. Status hearing set for 5/30/2013 at 09:00 AM unless Parties file Stipulation to dismiss prior to hearing. Mailed notice(gel, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.