IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTELLA WALKER, RAY ROBINSON, RAY ROBINSON JR., GEORGE GRAHAM, and CORNELIUS BURNS, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF CHICAGO, OFFICERS SERGIO MARTINEZ, STAR NO. 19512, DAVID GUZMAN, STAR NO. 12877, WILLIAM MURPHY, STAR NO. 6066, DANIEL O'TOOLE, STAR NO. 15436, MARK GUTKOWSKI, STAR NO. 16228, SCOTT McKENNA, STAR NO. 4640, TIMOTHY SCHUMPP, STAR NO. 9207, LAWRENCE STEC, STAR NO. 1980, CHICAGO <br><br> Defendants. | No. 2012 C 1422 <br><br> Magistrate Judge Mary M. Rowland |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Matthew T. Layman
Attorney for plaintiffs
Estella Walker, Ray Robinson,
Ray Robinson Jr., George Graham
and Cornelius Burns
The Moran Law Group
309 West Washington Blvd.
Suite 900
Chicago, Illinois 60606

Respectfully submitted,

Stephen R. Patton
Corporation Counsel
Attorney for City of Chicago

BY: _____
Raoul Vertick Mowatt
Assistant Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-3283

(312) 630-0200
DATE: 05/03/2013

Attorney No. 6302587
DATE: 5/3/13

*[signature]*

Raoul Vertick Mowatt
Assistant Corporation Counsel
Attorney for defendants Sergio Martinez, Star No. 19512, David Guzman, Star No. 12877, William Murphy, Star No. 6066, Daniel O'Toole, Star No. 15436, Mark Gutkowski, Star No. 16228, Scott McKenna, Star No. 4640, Timothy Schumpp, Star No. 9207, and Lawrence Stec, Star No. 1980
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-3283
Attorney No. 6302587

DATE: 5/3/13